IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OLIVER BROWN,

    Plaintiff,

v.                                                      Case No. 1:22-cv-91-AW-ZCB

FLORIDA DEP'T OF CORR., et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Report and Recommendation. ECF No. 6. There has been no objection. I note that the docket shows the Report and Recommendation was returned as undeliverable. The clerk has made multiple attempts to forward, but to no avail. Plaintiff had an obligation to keep the court apprised of his address, and his failure to do so does not justify further delay.

I now adopt the Report and Recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will then close the file.

SO ORDERED on September 6, 2022.

                                                      s/ *Allen Winsor*
                                                      United States District Judge